ROWE *v.* BUCHTEL.

APPEAL from the *St. Joseph* Court of Common Pleas.

PERKINS, J.—On the 1st of *April*, 1852, one *Bambarger* made his note, at *Elkhart, Indiana*, for 125 dollars, payable to *Rowe* on the 1st of *April*, 1853, and *Bambarger* executed said note with *Buchtel* as surety.

In *November*, 1856, *Buchtel* gave *Rowe* written notice to sue on the note. But *Bambarger* had then left the state, and he never returned to it, but died in *Ohio*. He left no property, and never had any administrator in *Indiana*.

*Rowe* did not commence suit against any one on the note, at the first term of the Court after receiving notice to sue; but at the second term thereafter, he sued *Buchtel*. *Buchtel* defended on the ground that he, himself, had not been sued at the first term after the notice, and his defense was held valid by the Court.

The Court erred in a very plain case. The notice to sue did not operate as a requirement to sue the surety. No suit against him was necessary to secure any rights against his principal. He could have paid the note at any

Nov. Term,
1859.

time without suit, and then proceeded against his princi-pal. Chit. on Cont., 7 Am. ed., p. 597, and notes.

And the payee of the note was not bound, upon notice, to follow the principal out of the state. This is the rule as to diligence, on assigned notes. So such absence ex-cuses a demand, in cases where a demand would other-wise be necessary.

The judgment is reversed with costs. Cause remanded, &c.

*J. A. Liston*, for the appellant.
*H. C. Newcomb* and *J. S. Tarkington*, for the appellee.